IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MAMIE L. CAYSON, as Administratrix of the Estate     PLAINTIFF
of MARY I. KNOWLES, Deceased and on Behalf
of the Wrongful Death Beneficiaries of MARY I.
KNOWLES, Deceased

V.     CIVIL ACTION NO.: 1:07CV2-SA-JAD

AURORA CARES, LLC, d/b/a TARA CARES;
TUPELO NURSING & REHABILITATION
CENTER, LLC; and JOHN DOES 1-20     DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1) the Defendants' Motion to Compel Arbitration or, Alternatively, Motion to Dismiss For Lack of Subject Matter Jurisdiction [12] is **GRANTED** in part and **DENIED** in part; and

(2) the Defendants' Motion to Deem Motion to Compel Arbitration as Granted [27] is dismissed as **MOOT**; and

(3) the Plaintiff's Motion to Strike Defendants' Motion to Compel Arbitration as Untimely [19] is dismissed as **MOOT**; therefore,

(4) this case is **CLOSED**.

SO ORDERED, this the 2nd day of July 2008.

           /s/ Sharion Aycock
           **UNITED STATES DISTRICT JUDGE**